IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| THE COMMONWEALTH OF PUERTO RICO *ex rel.*, MESSO, LLC<br><br>Plaintiffs,<br><br>v.<br><br>FIRST TRANSIT OF PUERTO RICO, *et al.*,<br><br>Defendants. | Case No. 26-cv-01070 |

**MOTION TO RESTRICT**

**TO THE HONORABLE COURT:**

    **COMES NOW** Defendants First Transit Parent, Inc. ("FTP"), First Transit, Inc. ("FT"), Transdev North America, Inc. ("Transdev NA") (collectively, "First Transit Defendants"), without submitting to the jurisdiction of this Honorable Court, STATE AND PRAY as follows:

1. On February 9, 2026, First Transit Defendants filed a Notice of Removal in the captioned proceeding.

2. The Complaint in this case was filed under the Puerto Rico Fraudulent Claims statute ("*Ley de Reclamaciones Fraudulentas a los Programas, Contratos y Servicios del Gobierno de Puerto Rico*") 32 L.P.R.A. §§ 2931 et seq., (hereinafter, "Act No. 154-2018").

3. Section 4.02(2)(b) of Act No. 154-2018 provides that the complaint shall remain under seal for at least sixty (60) days and up until the Judge in such case rules otherwise. 32 L.P.R.A. § 2934a. As of today, the complete state court docket remains under seal, in the form initially filed by Plaintiffs.

4. In light of this, First Transit Defendants respectfully request that all filings submitted to date be sealed and treated as confidential, "parties only", pursuant to Section 4.02(2)(b) of Act No. 154-2018, and that the Court direct the Clerk of Court to restrict public access to the court docket.

WHEREFORE, First Transit Defendants respectfully request that this Honorable Court instruct the Clerk of Court to impose restrictions on public access to the court docket, including all docket entries up until this date.

CERTIFICATE OF SERVICE: I, Juan G. Álvarez Valentín, hereby certify that, on this same date, I filed this document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys and participants of record and that pursuant to Standing Order No. 11, a copy of the foregoing motion was served on counsel for the Relator via mail.

RESPECTFULLY SUBMITTED.

Dated: February 11, 2026
      San Juan, Puerto Rico

Respectfully submitted,

Juan A. Marqués Díaz
USDC-PR No. 11380

Nayuan Zouairabani
USDC No. 226411

*/s/Juan G. Álvarez Valentín*
Juan G. Álvarez Valentín
USDC-PR No. 308107

McCONNELL VALDÉS LLC
270 Muñoz Rivera Avenue
Hato Rey, Puerto Rico 00918
Tel.: (787) 250-2631 / 5628
Fac.: (787) 759-8282

3

      E-mail: jam@mcvpr.com
          nzt@mcvpr.com
          jga@mcvpr.com

*Counsel to Defendants First Transit Parent, Inc., First Transit, Inc., Transdev North*