IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| THE COMMONWEALTH OF PUERTO RICO *ex rel.*, MESSO, LLC <br><br> Plaintiffs, <br><br> v. <br><br> FIRST TRANSIT OF PUERTO RICO, *et al.*, <br><br> Defendants. | Case No. 26-cv-01070 |

**MOTION TO RESTRICT PURSUANT TO COURT ORDER AT DKT. NO. 8**

**TO THE HONORABLE COURT:**

    **COMES NOW** Defendants First Transit Parent, Inc. ("FTP"), First Transit, Inc. ("FT"), Transdev North America, Inc. ("Transdev NA") (collectively, "First Transit Defendants"), without submitting to the jurisdiction of this Honorable Court, STATE AND PRAY as follows:

1. On February 11, 2026, this Honorable Court granted a Motion to Restrict the entire docket filed by First Transit Defendants. *See* Dkt. No. 7 and 8. Of relevance, said Motion to Restrict requested that this Honorable Court instruct the Clerk of Court to impose restrictions on public access to the entire court docket.

2. Pursuant to the Honorable Court's Order at Dkt. No. 8, First Transit Defendants hereby inform that on February 19, 2026, they filed three *Rule 7.1 Disclosure Statements*, at Dkts. Nos. 18, 19, 20. These motions were filed as confidential, "parties only", in accordance with Dkts. No. 7 and 8. Accordingly, First Transit Defendants request that the Clerk of the Court imposes restrictions to the three *Rule 7.1 Disclosure Statements*, filed at Dkts. Nos. 18, 19, 20.

CERTIFICATE OF SERVICE: We hereby certify that, on this same date, we filed this document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys and participants of record., and that pursuant to Standing Order No. 11, a copy of the foregoing motion was served on all counsel via mail and/or email.

RESPECTFULLY SUBMITTED.

Dated: February 19, 2026
      San Juan, Puerto Rico

Respectfully submitted,

*/s/Juan A. Marqués Díaz*
Juan A. Marqués Díaz
USDC-PR No. 11380

*/s/Nayuan Zouairabani*
Nayuan Zouairabani
USDC No. 226411

*/s/Juan G. Álvarez Valentín*
Juan G. Álvarez Valentín
USDC-PR No. 308107

McCONNELL VALDÉS LLC
270 Muñoz Rivera Avenue
Hato Rey, Puerto Rico 00918
Tel.: (787) 250-2631 / 5628
Fac.: (787) 759-8282
E-mail:  jam@mcvpr.com
        nzt@mcvpr.com
        jga@mcvpr.com

*Counsel to Defendants First Transit Parent, Inc., First Transit, Inc., Transdev NA*