IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| THE COMMONWEALTH OF PUERTO RICO *ex rel.*, MESSO, LLC<br><br>Plaintiffs,<br><br>v.<br><br>FIRST TRANSIT OF PUERTO RICO, *et al.*,<br><br>Defendants. | Case No. 26-cv-01070 |

## SECOND MOTION TO SEAL CASE DOCKET IN ITS ENTIRETY OR FOR CLARIFICATION

**TO THE HONORABLE COURT:**

  **COME NOW** Defendants First Transit Parent, Inc. ("FTP"), First Transit, Inc. ("FT"), Transdev North America, Inc. ("Transdev NA") (collectively, the "First Transit Defendants"), without submitting to the jurisdiction of this Honorable Court, STATE AND PRAY as follows:

1. On February 9, 2026, the First Transit Defendants filed a Notice of Removal in the captioned proceeding.

2. The Complaint in this case was filed under the Puerto Rico Fraudulent Claims statute ("*Ley de Reclamaciones Fraudulentas a los Programas, Contratos y Servicios del Gobierno de Puerto Rico*") P.R. Laws Ann. tit. 32, §§ 2931 et seq., (hereinafter, "Act No. 154-2018").

3. Section 4.02(2)(b) of Act No. 154-2018 provides that the complaint shall remain under seal for at least sixty (60) days and up until the Judge in such case rules otherwise. 32 L.P.R.A. § 2934a. As of today, the complete state court docket remains under seal, in the form initially filed by Plaintiffs and determined by the State Court pursuant to Act No. 154-2018.

4. In light of this, the First Transit Defendants respectfully request that the filings submitted to date, as well as those to be filed after this date, be sealed and treated as confidential, pursuant to Section 4.02(2)(b) of Act No. 154-2018, and until the Court rules otherwise. Moreover, that the Court direct the Clerk of Court to restrict public access to the court docket, including all current and future docket entries.

5. A similar or equivalent request to the one herein was filed at Dkt. No. 7 and seemingly granted by this Court at Dkt. No. 8. To the extent that our current request has already been granted by this Honorable Court by way of its Order at Dkt. No. 8, the First Transit Defendants merely request clarification that indeed this is the case—as they are unclear of the scope of Dkt. No. 8.

WHEREFORE, First Transit Defendants respectfully request that this Honorable Court instruct the Clerk of Court to seal and impose restrictions on public access to the court docket, including all current and future docket entries, until this Court rules otherwise. To the extent that this same request has already been granted by this Honorable Court by way of its Order at Dkt. No. 8, First Transit Defendants merely request clarification to that effect.

CERTIFICATE OF SERVICE: We hereby certify that, on this same date, the undersigned filed this document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys and participants of record.

RESPECTFULLY SUBMITTED.

Dated: February 25, 2026
    San Juan, Puerto Rico                          Respectfully submitted,

                                                               /s/Juan A. Marqués Díaz
                                                               USDC-PR No. 11380

3

/s/Nayuan Zouairabani
USDC No. 226411

*/s/Juan G. Álvarez Valentín*
Juan G. Álvarez Valentín
USDC-PR No. 308107

McCONNELL VALDÉS LLC
270 Muñoz Rivera Avenue
Hato Rey, Puerto Rico 00918
Tel.: (787) 250-2631 / 5628
Fac.: (787) 759-8282
E-mail:  jam@mcvpr.com
         nzt@mcvpr.com
         jga@mcvpr.com

*Counsel to Defendants First Transit Parent, Inc., First Transit, Inc., Transdev NA*