IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **GOVERNMENT OF PUERTO RICO *ex rel.* MESSO LLC,**<br><br>　　**Plaintiff,**<br><br>　　　　v.<br><br>**FIRST GROUP AMERICA, INC.; et al**<br><br>　　**Defendants.** | **CIVIL ACTION NO. 26-1070**<br><br><br>**(On removal from Puerto Rico Civil Action No. SJ2025CV07134 (603))** |

## MOTION FOR CONSENT AND JOINDER TO REMOVAL AND FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

**COME NOW**, co-defendants, FirstGroup America, Inc. (FGA), FirstGroup America Holdings, Inc., FirstGroup International, Inc., First Student Parent, Inc., First Student, Inc., First Student Holding Company LLC, First Student Services LLC, First Student Transportation LLC, FirstGroup America PLC and Recess Holdco LLC (collectively, the "Recess Defendants"), and through their undersigned counsel, respectfully state and request as follows:

　　1.　　On August 11, 2025, Plaintiff commenced this action in the Court of First Instance, Superior Court of San Juan, captioned <u>Gobierno de Puerto Rico *ex rel* Messo, LLC v. First Transit of Puerto Rico, Inc. et als</u>, Civil No. SJ2025CV07134 (the "State Court Action").

　　2.　　On February 9, 2026, Transdev North America, Inc., First Transit Parent, Inc. and First Transit, Inc. removed this action to this Honorable Court. See Docket No. 1.

　　3.　　The Recess Defendants hereby consent to and join in the removal filed by the removing defendants, and consent to any subsequent removal requested by any other co-defendant in this case.

4.      Furthermore, the Recess Defendants have not filed an answer or other responsive pleading to the Complaint.

5.      Following removal, the Recess Defendants' deadline to answer or otherwise plead is governed by Fed. R. Civ. P. 81(c)(2)(C).

6.      The Recess Defendants respectfully request a first extension of time until March 27, 2026, to answer or otherwise plead.

7.      Good cause exists for the requested extension because the Recess Defendants require additional time to investigate the factual allegations, evaluate potential defenses, and prepare an appropriate responsive pleading.

8.      The requested extension is sought in good faith and is reasonable under the circumstances.

9.      The requested extension will not cause undue delay in these proceedings, especially considering that other defendants have yet to file responsive pleadings and have requested additional time within which to do so.

10.     The Court has authority to grant the requested extension, and under Loc. Civ. R. 6, "[t]he clerk is authorized to enter orders granting a first extension of time, provided it encompasses a period not to exceed thirty (30) days."

**WHEREFORE**, the Recess Defendants respectfully request that the Court enter an Order noting its consent to and joinder in removal; and granting them a first extension of time through March 27, 2026, to answer or otherwise respond to the Complaint.

**RESPECTFULLY SUBMITTED.**

**CERTIFICATE OF SERVICE:** We certify that on this same date we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send notice of such filing to all attorneys of record.

In Guaynabo, Puerto Rico, this 5th of March 2026.

**DELGADO & FERNÁNDEZ, LLC**
T Mobile Center at San Patricio
B7 Tabonuco St., Suite 1000
Guaynabo, PR 00968
Tel.  (787) 274-1414
Fax: (787) 764-8241

*s/ Alfredo Fernández Martínez*
**Alfredo Fernández Martínez**
USDC-PR No. 210511
afernandez@delgadofernandez.com

*s/ Carlos R. Baralt Suárez*
**Carlos R. Baralt Suárez**
USDC-PR No. 301510
cbaralt@delgadofernandez.com

*s/ Pedro A. Hernández Freire*
**Pedro A. Hernández Freire**
USDC-PR No. 231702
phernandez@delgadofernandez.com