**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| GOVERNMENT OF PUERTO RICO *ex rel*., MESSO, LLC<br><br>Plaintiff,<br><br>v.<br><br>FIRST TRANSIT OF PUERTO RICO, *et al*.,<br><br>Defendants. | Case No. 26-cv-01070 (GMM) |

**MOTION INFORMING THE STATUS OF THE REMAND PROCEEDINGS
IN THE RELATED PROMESA REMOVED CASE**

**TO THE HONORABLE COURT:**

**COME NOW** Defendants First Transit Parent, Inc. ("FTP"), First Transit, Inc. ("FT"), and Transdev North America, Inc. ("Transdev NA") (collectively, the "First Transit Defendants"), and, without submitting to the jurisdiction of this Honorable Court, respectfully REQUEST and PRAY:

1. On March 27, 2026, the First Transit Defendants requested the instant case to be stayed while the Title III Court in the related PROMESA Removed Case (Adv. No. 26-0006 (LTS)) decides if it has exclusive jurisdiction to hear the removed action under both the Commonwealth of Puerto Rico ("CW") and the PR Highways and Transportation Authority ("HTA") Plans, and, their respective Confirmation Orders, and pursuant to 48 U.S.C. § 2166(a)(2). *See* Dkt. No. 45.

2. On that same date, the Title III Court in the related PROMESA Removed Case stayed the responsive pleading deadline, as had been requested by all Defendants. *See* Dkt. No. 35 of Adv. No. 26-0006 (LTS).

3. On April 6, 2026, co-defendant First Transit of Puerto Rico, Inc. ("FTPR") filed its opposition ("Opposition") to Plaintiff's Motion to Remand (the "Remand Motion").

*See* Dkt. No. 38 of Adv. No. 26-0006 (LTS). That same day, the First Transit Defendants joined FTPR's Opposition to the Remand Motion. *See* Dkt. No. 39 of Adv. No. 26-0006 (LTS).

4. Among others, FTPR predicates its Opposition on the Title III Court's exclusive jurisdiction under PROMESA, namely, that because Plaintiff's Complaint requires the assessment and interpretation of both the CW and HTA Plans, and their respective Confirmation Orders, including the (a) vesting and transferring of this action to either the Reorganized CW or the Avoidance Actions Trustee, and (b) discharge of the Cause of Action.

5. Precisely in view of these same reasons, on March 26, 2026, the First Transit Defendants moved for a stay of the captioned proceedings until the exclusive jurisdiction questions are decided in the PROMESA Removed Case. *See* Dkt. No. 45. Specifically, the Motion for Stay proposes that, in the event the Title III Court in the PROMESA Removed Case determines that it has no exclusive jurisdiction, then the First Transit Defendants would brief the diversity jurisdiction aspects before this Court.[1] Such Motion for Stay stands unopposed upon the expiration of Plaintiff's response deadline of April 1, 2026.

6. Pursuant to the briefing schedule set forth by the Title III Court in the PROMESA Removed Case, Relator Plaintiff has until April 17, 2026, to file its reply to FTPR's Opposition to remand and the First Transit Defendant's joinder.

**WHEREFORE**, the First Transit Defendants respectfully pray this Court to take note of:

---

[1] Of relevance to this aspect, both the First Transit Defendants and FTPR noted in their filings of the PROMESA Removed Case that they consider the PROMESA jurisdiction arguments alone to be sufficient to warrant denial of any Remand Motion filed by Plaintiff, and that the resolution of the diversity question shall be held in abeyance until the Title III Court addresses any exclusive jurisdiction argument. *See* Dkt. No. 38 at fn. 4 and p. 28, and Dkt. No. 39 of Adv. No. 26-0006 (LTS)

(1) The staying of the responsive pleading deadline in the PROMESA Removed Case pending the resolution of the exclusive jurisdictional issues before it;

(2) FTPR's filing of the Opposition to the Remand Motion in the PROMESA Removed Case and the First Transit Defendants' joiner based, in part, on the exclusive jurisdiction arguments outlined above.

CERTIFICATE OF SERVICE: We hereby certify that, on this same date, we filed this document with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all attorneys and participants of record.

RESPECTFULLY SUBMITTED.

Dated: April 8, 2026

San Juan, Puerto Rico                    Respectfully submitted,

*/s/Juan A. Marqués Díaz*
Juan A. Marqués Díaz
USDC-PR No. 11380

*/s/Nayuan Zouairabani*
Nayuan Zouairabani
USDC No. 226411

*/s/Juan G. Álvarez Valentín*
Juan G. Álvarez Valentín
USDC-PR No. 308107

McCONNELL VALDÉS LLC
270 Muñoz Rivera Avenue
Hato Rey, Puerto Rico 00918
Tel.: (787) 250-2631 / 5628
Fac.: (787) 759-8282
E-mail:  jam@mcvpr.com
         nzt@mcvpr.com
         jga@mcvpr.com

*Counsel to Defendants First Transit Parent, Inc., First Transit, Inc., Transdev NA*

3