**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

|  |  |
|---|---|
| GOVERNMENT OF PUERTO RICO ex rel., MESSO, LLC,<br><br>Plaintiff,<br><br>v.<br><br>First Transit, Inc., et als,<br><br>Defendants. | **Civil No. 26-1070 (GMM)** |

## ORDER STAYING THE CASE

This matter comes before the Court on defendants First Transit Parent, Inc., First Transit, Inc. ("FT"), and Transdev North America, Inc.'s (collectively "Defendants") *Motion to Stay the Case Pending Adjudication of the Exclusive Jurisdiction Inquiry Before the Related PROMESA Removed Case* ("*Motion to Stay*") pursuant to orders entered in case number 17-bk-0267 (LTS) (the "Title III Court"). (Docket No. 45).[1]

Defendants argue that pursuant to the *Modified Fifth Amended Title III Plan of Adjustment of the Puerto Rico Highways and Transportation Authority*[2] ("HTA Plan") and the *Order and Judgment Confirming Modified Fifth Amended Title III Plan of Adjustment of the Puerto Rico Highways and Transportation Authority*[3] ("HTA

---

[1] Notably, on the same day that the *Notice of Removal* was filed in this case, defendant First Transit Puerto Rico, Inc. also filed a related action in the Title III Court. *See* Docket No. 1 of Adv. No. 26-0006 (LTS).
[2] Docket No. 1415-1 of Case No. 17-bk-03567 (LTS).
[3] Id. at ¶ 58.

**Civil No. 26-1070(GMM)**
**Page -2-**

Confirmation") it is the Title III Court that should address whether it has exclusive jurisdiction to entertain the captioned action based on the HTA Plan and the HTA Confirmation. (Id. at 2-3). The plaintiff, Government of Puerto Rico ex rel. Messo LLC ("Plaintiff") was granted until April 1, 2026, to file their response, but failed to do so. *See* Order at Docket No. 50. Notably, however, Plaintiff filed a *Motion to Remand* which addresses the matter of jurisdiction under 48 U.S.C. § 2166(a)(2) and argues that PROMESA is not implicated. (Docket No. 40 at 12-18).

The Court has carefully reviewed the Parties' arguments. Upon consideration of said submissions, the Court hereby **STAYS** the instant case pending the Title III Court's determination regarding its jurisdiction of the instant claims under the HTA Plan and the HTA Confirmation.

IT IS SO ORDERED.

In San Juan, Puerto Rico, April 8, 2026.

s/Gina R. Méndez-Miró
GINA R. MÉNDEZ-MIRÓ
UNITED STATES DISTRICT JUDGE